**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                  |   |                              |
|----------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,        | ) |                              |
|                                  | ) |                              |
| v.                               | ) | No. 21-cr-022 (KBJ) (D.D.C.) |
|                                  | ) | No. 21-mj-033 (SH) (W.D. Tex.) |
| CHRISTOPHER RAY GRIDER,          | ) |                              |
|                                  | ) |                              |
| Defendant.                       | ) |                              |

**ORDER**

For the reasons stated on the record at the Motion Hearing held on February 22, 2021, it is hereby

**ORDERED** that Christopher Grider is released from Grady County Jail on bond.

DATE:  February 22, 2021

KETANJI BROWN JACKSON
United States District Judge